```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>ELADIO ROMAN ESTRADA JR<br>MARIA JEANNETTE ESTRADA OCASIO<br><br>DEBTOR(S) | CASE NO. 12-03640-ESL<br><br>CHAPTER 13 |

```
              TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY
```

TO THE HONORABLE COURT:

   NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. The Trustee has in his possession funds destined for a creditor as detailed below:

CITIFINANCIAL INC
PO BOX 70923
CHARLOTTE, NC  28272-0923

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.

   WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0742186 for the amount of $204.60.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: October 07, 2016                    /s/ José R. Carrión
                                          José R. Carrión, Trustee
                                          PO Box 9023884, Old San Juan
                                          San Juan, PR 00902-3884
                                          Tel. (787) 977-3535

```
                                              12-03640-ESL
                                              ELADIO ROMAN ESTRADA JR
```

VERIFIED STATEMENT

The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

```
ELADIO ROMAN ESTRADA JR              ROBERTO FIGUEROA CARRASQUILL*
MARIA JEANNETTE ESTRADA OCASIO       PO BOX 193677
HC 3 BOX 9187                        SAN JUAN, PR  00919-3677
GURABO, PR  00778-9775

CITIFINANCIAL INC
PO BOX 70923
CHARLOTTE, NC  28272-0923
```

In San Juan, Puerto Rico this Friday, October 7, 2016.

_____
Chapter 13 Clerk